967 A.2d 842

IN THE MATTER OF JOHN M. DELAURENTIS, AN ATTORNEY
AT LAW (ATTORNEY NO. 001261980).

September 5, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–025, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **JOHN M. DeLAURENTIS,** formerly of **CAMDEN,** who was admitted to the bar of this State in 1980, and who has been suspended from the practice of law since October 7, 2002, by Orders of the Court filed on September 9, 2002, and November 29, 2004, should be censured for violating *RPC* 8.1(b)(failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **JOHN M. DeLAURENTIS** is hereby censured; and it is further

ORDERED that respondent shall remain suspended from practice and shall comply with *Rule* 1:20–20 and the prior Orders of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.